UNITED STATES DISTRICT COURT



FILED

JUN 1 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| CHUANTANG WANG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 14-987 (UNA) |
| | ) |
| CECILIA NG, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* with his *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

According to plaintiff, although he has "never done anything wrong at the Asian senior center," defendants have "suspended [him] twice from coming to the Asian center." Compl. at 2. He asks than "an investigation be conducted," and he "want[s] to know what [defendant] Ng has written behind [his] back to get [him] suspended from the center." *Id.*

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Plaintiff neither raises a

1

constitutional claim, nor demands damages in excess of $75,000, nor establishes diversity of citizenship. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: 5/27/2014